**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-30137 |
| Plaintiff - Appellee, | D.C. No. 6:08-cr-00023-DWM |
| v. | |
| STEPHEN FARRELL, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Donald W. Molloy, District Judge, Presiding

Submitted October 19, 2010[**]

Before:     O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

Stephen Farrell appeals from the ten-month sentence imposed upon

revocation of supervised release.  We have jurisdiction under 28 U.S.C. § 1291,

and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Farrell contends that the district court erred by considering impermissible factors at sentencing. The record shows that the district court did not rely on impermissible factors "as a primary basis for [the] revocation sentence." *United States v. Miqbel*, 444 F.3d 1173, 1182 (9th Cir. 2006).

Farrell also contends that the sentence imposed is substantively unreasonable. In light of the totality of the circumstances, the sentence is substantively reasonable. *See United States v. Carty*, 520 F.3d 984, 993 (9th Cir. 2008) (en banc).

**AFFIRMED**.

10-30137